**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ROBERT BRANCH** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 3:26-cv-288-RPC-JMV**

**ILLINOIS CENTRAL RAILROAD COMPANY** **DEFENDANT**

# ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B). Defendant has raised the issue of jurisdiction in its Motion to Dismiss [Doc. 6].

IT IS, THEREFORE, ORDERED that the aforementioned proceedings are hereby **STAYED** pending the Court's ruling on Defendant's motion to dismiss [Doc. 6].

**SO ORDERED** this, the 17th day of November, 2026.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**